IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREGORY D. SMITH** | |
| **Plaintiff,** | |
| v. | 1:06-cv-1441-WSD |
| **CONTINENTAL CASUALTY COMPANY and THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY d/b/a THE HARTFORD GROUP BENEFITS** | |
| **Defendants.** | |

## OPINION AND ORDER

This matter is before the Court on Plaintiff Gregory D. Smith's Motion for Interim Award of Attorneys' Fees [37] and Motion for Extension of Time to Submit Affidavits and Declarations in Support of Motion for Interim Award of Attorneys' Fees [39].

Plaintiff has moved to recover attorneys fees for his claimed partial victory on summary judgment pursuant to 29 U.S.C. § 1132(g)(1), which provides that "the court in its discretion may allow a reasonable attorney's fee. . . ." The Court finds that because substantial issues remain open in this case, it would be a

inappropriate to award Plaintiff attorney's fees at this time.  At the conclusion of this case, the parties may file requests for attorney's fees, which may include, if appropriate, a request by Plaintiff for attorney's fees he claims in relation to the Court's July 16, 2007 Order granting him partial summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Gregory D. Smith's Motion for Interim Award of Attorneys' Fees [37] and Motion for Extension of Time to Submit Affidavits and Declarations in Support of Motion for Interim Award of Attorneys' Fees [39] are **DENIED AS MOOT**, without prejudice to Plaintiff's right to request such attorney's fees, if appropriate, at the conclusion of this case.

**SO ORDERED** this 13th day of August, 2007.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE